UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 89-cr-121-JEB |
| | : | |
| **HENRY LEE HILL,** | : | |
| | : | |
| **Defendant.** | : | |

GOVERNMENT'S SUGGESTION OF DEATH
AND REQUEST FOR ABATEMENT OF PROSECUTION

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully seeks abatement of prosecution in this matter. As grounds for this request, the United States now says that on information and belief defendant Henry Hill died on or about January 4, 2023.

A defendant's death is a basis for abatement of all prosecution proceedings from their inception. See Durham v. United States, 401 U.S. 481, 483 (1971) (citations omitted).

WHEREFORE, the United States respectfully requests that the prosecution of Mr. Hill be abated.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481-052

BY: _____
ADAM M. DREHER
Assistant United States Attorney
Mich. Bar No. P79246
601 D Street, NW
Washington, D.C. 20530
(202) 252-1706
adam.dreher@usdoj.gov